FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 11, 2025

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JYJY JONES,<br><br>                  Plaintiff,<br><br>  v.<br><br>CATHARINE SMITH, S. THOMPSON, AIRWAY HEIGHTS CORRECTION CENTER, and DOC WA STATE,<br><br>                  Defendants. | No: 2:25-CV-00193-RLP<br><br>ORDER DISMISSING ACTION WITHOUT PREJUDICE |

Before the Court is Plaintiff's Motion to Voluntarily Dismiss Complaint. ECF No. 10. Plaintiff, an individual incarcerated at the Airway Heights Corrections Center, is proceeding *in forma pauperis*. ECF No. 8. Defendants have not been served in this action.

Accordingly, **IT IS HEREBY ORDERED:**

1. Plaintiff's Motion to Voluntarily Dismiss Complaint, **ECF No. 10**, is **GRANTED.**

2. Plaintiff's Complaint is **DISMISSED WITHOUT PREJUDICE**.

ORDER DISMISSING ACTION WITHOUT PREJUDICE – 1

3.   Although granted the opportunity to do so, Plaintiff did not file a separate Motion and Affidavit to waive the remaining balance of the filing fee. Therefore, Plaintiff is still obligated to pay the full $350.00 filing fee for this action pursuant to 28 U.S.C. § 1915(b).

4.   The Court certifies that any appeal of this dismissal would not be taken in good faith.

5.   The Clerk of Court is directed to **CLOSE** the file.

**IT IS SO ORDERED.** The Clerk of Court is directed to enter this Order, enter judgment of dismissal without prejudice, and provide copies to Plaintiff.

**DATED** August 11, 2025.



REBECCA L. PENNELL
UNITED STATES DISTRICT JUDGE

ORDER DISMISSING ACTION WITHOUT PREJUDICE – 2